

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00493-CR

**IN RE** Leonard Ray **JACKSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On July 15, 2014, relator filed a pro se petition for writ of mandamus. This court has determined that we do not have jurisdiction to grant the requested relief. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on July 18th, 2014.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2002CR5940, styled *The State of Texas v. Leonard Ray Jackson*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.